IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MILTON KENT JOHNSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-120 (MTT) |
| | * |
| Lieutenant GREEN, *et al.*, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 30, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 31st day of August 2023.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk